Daniel Johnson WILLIS,
Plaintiff–Appellant,

v.

ATLANTIC INDEMNITY COMPANY;
Marvin Quinn; Sandra Fisher; Joseph Fisher; Lynda Sink; Shay Campbell; Jamie Cole; Carole Bernardo; Steve Frazelle; Diane Greene; Herrings Insurance Company; Mary Herrings; Branch Banking & Trust Company; James Herrings, Defendants–Appellees.

No. 02–1181.

United States Court of Appeals,
Fourth Circuit.

Submitted April 25, 2002.

Decided May 6, 2002.

Daniel Johnson Willis, Appellant Pro Se. Raymond Earl Dunn, Sr., DUNN, DUNN & STOLLER, New Bern, North Carolina, for Appellees.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

PER CURIAM.

Daniel Johnson Willis appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint and dismissing his state law claims. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Willis v. Atlantic Indemnity Co.*, No. CA–01–147–4–H (E.D.N.C. Jan. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*